UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOES 1 - 4, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01302-JRS-MKK |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| MICHAEL HOWELL, | ) | |
| RALPH REIFF | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a telephonic status conference on July 18, 2024, with the Magistrate Judge. The Parties discussed the status of discovery and readiness for the settlement conference scheduled for **August 14, 2024, at 10:30 a.m. (Eastern)**, in Room 255, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge M. Kendra Klump.

Defendant Michael Howell, by counsel, stated he does not oppose the Plaintiff's Motion for Leave to File First Amended Complaints, (Dkt. 95).

**SO ORDERED.**

Date: 7/18/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.