UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JANE DOES 1-4,

    Plaintiffs,

    v.                                     Case No. 1:23-cv-01302-JRS-MKK

BUTLER UNIVERSITY,
MICHAEL HOWELL, and
RALPH REIFF,

    Defendants.

## SEALED DOCUMENTS COVER SHEET

Pursuant to the Court's Order dated November 27, 2024 (ECF No. 165), the parties, by and through their attorneys, respectfully request the Court, pursuant to S.D. Ind. L.R. 5-11(d)(1), file under seal the parties' Joint Jurisdictional Statement.

For purposes of identification on the public docket, the sealed document is titled "Joint Jurisdictional Statement."

This Court's Order Directing Further Proceedings (ECF No. 165) authorizes the sealing of the parties' Joint Jurisdictional Statement.

Dated: December 13, 2024

| | |
|---|---|
| THE FIERBERG NATIONAL LAW GROUP, PLLC | COHEN & MALAD, LLP |
| /s/Jacob R. Goodman | /s/Andrea R. Simmons |
| Jacob R. Goodman* | Andrea R. Simmons |
| Bailor Bell* | Greg L. Laker |
| Rachel Denhollander* | One Indiana Square, Suite 1400 |
| Douglas E. Fierberg* | Indianapolis, IN 46204 |
| 201 East 17th Street, Suite A | T: (317) 636-6481 |
| Traverse City, MI 49684 | F: (317) 636-2593 |
| T: (231) 933-0180 | asimmons@cohenandmalad.com |

F: (231) 252-8100
jgoodman@tfnlgroup.com
bbell@tfnlgroup.com
rdenhollander@tfnlgroup.com
dfierberg@tfnlgroup.com
*Attorneys for Plaintiffs*
*Admitted pro hac vice

glaker@cohenandmalad.com

*Attorneys for Plaintiffs*

STUART & BRANIGIN LLP

/s/William P. Kealey
William P. Kealey #18973-79
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
T: (765) 423-1561
F: (765) 742-8175
wpk@stuartlaw.com
*Attorney for Defendants Butler University and Ralph Reiff*

PAGANELLI LAW GROUP

/s/
F. Anthony Paganelli, #18425-53
Ann L. Cowgur, #21584-49
Amanda Couture, #24838-53
10401 N. Meridian Street, Suite 450
Indianapolis, IN 46209
T: (317) 550-1855
F: (317) 569-6016
tony@paganelligroup.com
acowgur@paganelligroup.com
amanda@paganelligroup.com
*Attorneys for Michael Howell*