UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE 1-4, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No.: 1:23-cv-1302-JRS-MKK |
| v. ) | |
| ) | |
| BUTLER UNIVERSITY, ) | |
| MICHAEL HOWELL, and ) | |
| RALPH REIFF, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF INDIANA SUPREME COURT OPINION

Defendants Butler University and Ralph Reiff, by counsel, tender the Indiana Supreme Court opinion in *Ind. Dep't of Ins. v. Doe*, No. 23S-CT-306, 2024 Ind. LEXIS 801 (Dec. 23, 2024), attached hereto as **Exhibit A**, in reference to (i) the reference at pages 4-5 of the Order at Docket Entry 58 to that transferred case; (ii) that Order's discussion, at page 4 n. 2, of *Willingham v. Anderson Ctr.*, 216 N.E.3d 517 (Ind. Ct. App. 2023), and *Anonymous Hosp., Inc. v. Doe*, 996 N.E.2d 329 (Ind. Ct. App. 2013), which are addressed at 2024 Ind. LEXIS 801, at *19-20; and (iii) the objections and arguments stated in the motions and supporting briefs by Butler University and Ralph Reiff at Docket Entries 37, 38, 113, and 114.

|  |  |
|---|---|
| Dated: January 8, 2025 | Respectfully submitted,<br><br>/s/ William P. Kealey<br>William P. Kealey (Attorney No. 18973-79)<br>STUART & BRANIGIN LLP<br>300 Main Street, Suite 900<br>P.O. Box 1010<br>Lafayette, IN  47902-1010<br>Telephone:  765-423-1561<br>Facsimile: 765-742-8175<br>E-Mail:  wpk@stuartlaw.com<br>***Attorney for Butler University and Ralph Reiff*** |

3560012v1