**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JANE DOE 1-4, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 1:23-cv-1302-JRS-MKK |
| v. | ) | |
| | ) | |
| BUTLER UNIVERSITY, | ) | |
| MICHAEL HOWELL, and | ) | |
| RALPH REIFF, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF INDIANA SUPREME COURT OPINION</u>

Defendants Butler University and Ralph Reiff, by counsel, in reference to the objections and arguments stated in the motions and supporting briefs by Butler University and Ralph Reiff at Docket Entries 37, 38, 113, and 114, give notice of the Indiana Supreme Court's recent opinion in *Gierek v. Anonymous 1*, No. 23S-CT-277, 2025 Ind. LEXIS 7 (Jan. 9, 2025), stating: "[W]e find the conclusion 'inescapable that our General Assembly intended that **all actions the underlying basis for which is alleged medical malpractice** are subject to the act.'" *Id.* at *22 (emphasis original) (quoting *Sue Yee Lee v. Lafayette Home Hosp., Inc.*, 410 N.E.2d 1319, 1324 (Ind. Ct. App. 1980)).

Dated: January 13, 2025                Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (Attorney No. 18973-79)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN  47902-1010
Telephone:  765-423-1561
Facsimile: 765-742-8175
E-Mail:  wpk@stuartlaw.com
*Attorney for Butler University*
*and Ralph Reiff*

3560651v1

2