UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JANE DOES 1-4,

     Plaintiffs,

     v.                            Case No. 1:23-cv-01302-JRS-MKK

BUTLER UNIVERSITY,
MICHAEL HOWELL, and
RALPH REIFF,

     Defendants.

---

**PLAINTIFFS' NOTICE REGARDING DEFENDANTS BUTLER UNIVERSITY AND
RALPH REIFF'S SUPPLEMENTAL AUTHORITY**

---

Plaintiffs' Jane Does 1-4 file this notice regarding Defendants Butler University and

Ralph Reiff's January 8, 2025 and January 13, 2025 Notices of Indiana Supreme Court Opinion,

(ECF Nos. 172, 173), and advise the Court that the recent Indiana Supreme Court case, *Gierek v.*

*Anonymous 1*, No. 23S-CT-277, 2025 Ind. LEXIS 7 (Jan. 9, 2025) does not concern the issue

before the Court (e.g., do Plaintiffs' sexual abuse claims fall under Indiana's Medical

Malpractice Act) and that the recent Indiana Supreme Court case, *Indiana Department of*

*Insurance v. Jane Doe & John Doe 1*, No. 23S-CT-306, 2024 Ind. LEXIS 801 (Dec. 23, 2024),

does not materially alter this Court's reasoning in denying Defendant's prior motion. (*See* ECF

No. 58, at 4 n.2). In *Indiana Department of Insurance*, where a physician sexually assaulted a

child while conducting a medical examination that required him to touch the child's genitals, the

Indiana Supreme Court held that a sexual assault can fall under Indiana's Medical Malpractice

Act when the assault stems from "an inseparable part" of health care provided during an

1

"authorized medical examination." (ECF No. 172-2, at 11.) Here, Plaintiffs did not authorize

Defendant Michael Howell to touch their genitals as part of an authorized medical examination.

Dated: January 15, 2025

THE FIERBERG NATIONAL LAW
GROUP, PLLC

/s/ Jacob R. Goodman
Jacob R. Goodman*
Rachel Denhollander*
Bailor B. Bell*
Douglas E. Fierberg*
201 East 17th Street, Suite A
Traverse City, MI 49684
Tel: (231) 933-0180
Fax: (231) 252-8100
jgoodman@tfnlgroup.com
rdenhollander@tfnlgroup.com
bbell@tfnlgroup.com
dfierberg@tfnlgroup.com
*Admitted pro hac vice

COHEN & MALAD, LLP

/s/ Andrea R. Simmons
Andrea R. Simmons
Greg L. Laker
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
Fax: (317) 636-2593
asimmons@cohenandmalad.com
glaker@cohenandmalad.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed using the CM/ECF

system on January 15, 2025, which constitutes service on all counsel of record and registered

filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

/s/Jacob R. Goodman