IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLLIS DIVISION

| | |
|---|---|
| JANE DOES 1-4; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No.: 1:23-cv-1302-JRS-MKK |
| v. ) | |
| ) | |
| BUTLER UNIVERSITY; et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiffs Does 1-4 and Defendants Butler University and Ralph Reiff, having filed their Joint Request for Status Conference (DE 177), and the Court, being duly advised, ORDERS:

This matter is set for a telephonic status conference on _____, 2025, at _____ (Eastern), with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

Entered: _____

_____
Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

Jacob Goodman
The Fierberg National Law Group, PLLC
jgoodman@tfnlgroup.com

Bailor Bell
The Fierberg National Law Group, PLLC
bbell@tfnlgroup.com

Rachael J. Denhollander
The Fierberg National Law Group, PLLC
rdenhollander@tfnlgroup.com

Douglas E. Fierberg
The Fierberg National Law Group, PLLC
dfierberg@tfnlgroup.com

Amanda C. Couture
Paganelli Law Group
amanda@paganelligroup.com

Anne L. Cowgur
Paganelli Law Group
acowgur@paganelligroup.com

Fred Anthony Paganelli
Paganelli Law Group
tony@tonypaganelli.com

William P. Kealey
Stuart & Branigin LLP
wpk@stuartlaw.com

Gregory L. Laker
Cohen & Malad LLP
glaker@cohenandmalad.comn

Andrea Rose Simmons
Cohen & Malad LLP
asimmons@cohenandmalad.com

3571384v1