UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOES 1-4, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-01302-JRS-MKK |
| ) | |
| BUTLER UNIVERSITY, ) | |
| MICHAEL HOWELL, and ) | |
| RALPH REIFF, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Status Conference. Dkt. [177]. Having considered the matter fully, the Court **GRANTS** the Motion. This matter is set for a telephonic status conference on **March 13, 2025, at 3:30 p.m. (Eastern)**. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

So ORDERED.

Date: 3/6/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All counsel of record via ECF