UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOES 1-4, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-01302-JRS-MKK |
| ) | |
| BUTLER UNIVERSITY, ) | |
| MICHAEL HOWELL, ) | |
| ) | |
| Defendants. ) | |

### ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a telephonic status conference on May 1, 2025, with the Magistrate Judge. The Parties discussed case status.

This matter is set for a telephonic status conference on **September 3, 2025, at 2:30 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 5/2/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.